# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  REAPPOINTMENTS TO | : | NO. 455 |
| INTERBRANCH COMMISSION FOR | : | JUDICIAL ADMINISTRATION |
| GENDER, RACIAL AND ETHNIC | : | DOCKET |
| FAIRNESS | : | |

## O R D E R

**PER CURIAM:**

AND NOW, this 30th day of December, 2015, Lucille Marsh, Esquire, and Rhonda Hill Wilson, Esquire, Designees of the Supreme Court, are hereby reappointed as members of the Interbranch Commission for Gender, Racial and Ethnic Fairness for a term of two years commencing December 31, 2015.

Mr. Justice Eakin did not participate in the consideration or decision of this matter.